**No. 09-10032. Nina Shahin, Petitioner v. Pamela A. Darling, et al.**

560 U.S. 951, 130 S. Ct. 3404, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4687.

June 7, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 28, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-636. Samuel Shabaz, Petitioner v. United States.**

560 U.S. 952, 130 S. Ct. 3384, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4661.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 579 F.3d 815.

**No. 09-803. Janneral Denson, et al., Petitioners v. United States, et al.**

560 U.S. 952, 130 S. Ct. 3384, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4631.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 574 F.3d 1318.

**No. 09-852. School District of the City of Pontiac, et al., Petitioners v. Arne Duncan, Secretary of Education.**

560 U.S. 952, 130 S. Ct. 3385, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4710.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 584 F.3d 253.

**No. 09-948. Justin Jones, Director, Oklahoma Department of Corrections, Petitioner v. Michael Joe Williams.**

560 U.S. 952, 130 S. Ct. 3385, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4691.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 571 F.3d 1086.

**No. 09-963. Petro Lugovyj, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 952, 130 S. Ct. 3385, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4618.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 353 Fed. Appx. 8.

**No. 09-1077. Seacor Marine LLC, Petitioner v. Grand Isle Shipyard, Inc., et al.**

560 U.S. 952, 130 S. Ct. 3386, 177 L. Ed. 2d 302, 2010 U.S. LEXIS 4646.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 589 F.3d 778.